IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| WINDY IVORY, | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CASE NO.: 4:20-cv-00318-JM |
| | § | |
| C. R. BARD, INC. AND BARD | § | |
| PERIPHERAL VASCULAR, INC., | § | |
| *Defendants.* | § | |

___

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
___

On this day the Court considered the parties' Joint Stipulation of Dismissal Without Prejudice. The Court is of the opinion that the relief requested therein should be GRANTED.

IT IS THEREFORE ORDERED that said Stipulation is **GRANTED** and the case is dismissed, with each party to bear its own attorneys' fees and costs. This dismissal does not toll or extend any applicable statute of limitations.

SO ORDERED, this 15th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE